

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| ROBERT SZANYI | ) | |
|---|---|---|
| Plaintiff(s) | ) | |
| V. | ) | Civil Action No.  2:13 CV 190 RLM |
| STATE OF INDIANA, MEDICAID and | ) | |
| INDIANA FAMILY SOCIAL SERVICES | ) | |
| Defendant(s) | ) | |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other:   This case is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Robert L. Miller, Jr.   on a motion for _____ .

| | |
|---|---|
| Date _____June 06, 2013_____ | *CLERK OF COURT* |
| | /s/ K Pastrick |
| | _____ |
| | *Signature of Clerk or Deputy Clerk* |